IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01694-PSF-OES

ERNEST N. BROWN,

    Plaintiff,

v.

S. SMALLWOOD, Senior Officer Specialist, and
LAWRENCE L. LEYBA, Clinical Director,

    Defendants
_____

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

    THIS MATTER is before the Court on the Recommendation for Dismissal (Dkt. # 50), filed June 23, 2005. The Court's review of the Magistrate Judge's Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b). As no party has objected to the Recommendation, the Court has reviewed the Recommendation to determine if it constitutes clear error. The Court concludes that the Recommendation is a correct application of the facts and the law and is not clearly erroneous. As stated in *Jernigan v. Stuchell*, 304 F.3d 1030, 1032 (10th Cir. 2002): "The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that 'available' administrative remedies be exhausted *prior to filing an action* with respect to prison conditions under § 1983." (Emphasis added.) *See also Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134, 1140-41 (42 U.S.C. § 1997e(a) requires dismissal of a case brought by a litigant who has failed to completely exhaust his administrative remedies). Accordingly, it is

ORDERED as follows:

1. The Court ACCEPTS and ADOPTS the Recommendation for Dismissal (Dkt. # 50), filed June 23, 2005; and

2. The Court hereby DISMISSES this action without prejudice.

DATED: July 19, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge

ORDERED as follows:

1. The Court ACCEPTS and ADOPTS the Recommendation for Dismissal (Dkt. # 50), filed June 23, 2005; and

2. The Court hereby DISMISSES this action without prejudice.

DATED: July 19, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge